UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELTIC MARINE CORP. | CIVIL ACTION |
| VERSUS | NO: 11-3005 |
| JAMES C. JUSTICE COMPANIES, INC. | SECTION: "J"(2) |

### A M E N D E D   P A R T I A L   F I N A L   J U D G M E N T

In conformance with the opinion of the U.S. Court of Appeals for the Fifth Circuit (No. 13-31306, Doc. 00512867309), the Court amends its May 28, 2014, judgment to read as follows.

For the reasons stated in the Court's Order and Reasons dated May 28, 2014, filed herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a partial final judgment in favor of plaintiff Celtic Marine Corporation, and against defendant James C. Justice Companies, Inc., in the amount of $682,554.74, which amount represents the sum that Justice owes Celtic in connection with demurrage charges and cleaning/cover fees. Plaintiff is further awarded: (1) prejudgment interest at a rate of 4% per year on all demurrage

and cover charges owed by Justice to Celtic starting from the day that such sums became due and ending on the date that the debt is satisfied; and (2) interest on all invoiced sums arising from the February Service Agreement, the 2012 Service Agreement, both 2012 Spot Contracts, and the October Settlement Agreement, less the $34,263.50 in interest that was previously awarded in the March 6, 2014 partial final judgment. Such interest is awarded at the contractual rate of 1.5% through the date of judgment, May 28, 2014. Interest will continue to accrue at the federal statutory post-judgment rate from the date of judgment until the judgment is satisfied. The Court expressly determines that there is no just reason for delay and designates this as a partial final judgment under Federal Rule of Civil Procedure 54(b).

New Orleans, Louisiana this 23rd day of December, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE