UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CELTIC MARINE CORPORATION     CIVIL ACTION NO. 2:11-CV-3005

VERSUS            JUDGE CARL J. BARBIER

JAMES C. JUSTICE COMPANIES,     MAGISTRATE JUDGE WILKINSON
INC.

### JOINT MOTION TO DISMISS

  NOW INTO COURT, through undersigned counsel, come Plaintiff, Celtic Marine Corporation ("Celtic"), and Defendant, James C. Justice Companies, Incorporated ("Justice"), and request that this Court dismiss this matter, with prejudice, as all claims between them have been settled.

           Respectfully submitted,


*/s/ Brian D. Wallace*        */s/ Patricia A. Krebs*
BRIAN D. WALLACE        PATRICIA A. KREBS
William J. Riviere         KING, KREBS & JURGENS, P.L.L.C.
Meredith Blanque         201 St. Charles Avenue, 45th Floor
Bruce v. Schewe         New Orleans, Louisiana 70170
PHELPS DUNBAR, LLP       Telephone: (504) 582-3800
365 Canal Street, Suite 2000      **Attorney for Plaintiff,**
New Orleans, LA 70130       **Celtic Marine Corporation**
Telephone: (504) 566-1311
**Attorney for Defendant,**
**James C. Justice Companies, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing Motion was served electronically through the Court's ECF system on this 8th day of July, 2015, as follows:

Brian D. Wallace
William J. Riviere
Meredith Blanque
Bruce V. Schewe
Phelps Dunbar, LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130

*/s/ Patricia A. Krebs*
Patricia A. Krebs