UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELTIC MARINE CORPORATION, | NO. 2:11-CV-3005 |
| VERSUS | JUDGE CARL J. BARBIER |
| JAMES C. JUSTICE COMPANIES, INC. | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing *Joint Motion to Dismiss* **(Rec. Doc. 207)** of Celtic Marine Corporation and James C. Justice Companies, Inc.,

**IT IS HEREBY ORDERED** that the captioned matter be and hereby is **DISMISSED with prejudice**, as of compromise and settlement.

New Orleans, Louisiana, this 9th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

{N1024943 -}